IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHARQUISH LATIMER,

       Appellant,

v.

       Case No.     5D21-2856
       LT Case No. 2020-DR-012466-O

JARVIS SCOTT,

       Appellee.

_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Orange County,
Gisela Laurent, Judge.

Robert Mike, II, Longwood, for Appellant.

Brannon R. Gary, Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.